In the Matter of the Application of the CITY OF NEW
 YORK, Respondent, Relative to Acquiring Title to
 Lands Required for the Opening of Eighteenth Avenue
 in the Borough of Queens.

### ANNA A. SCHEURER, Appellant.

*Appeal — motion to dismiss appeal granted.*

*Matter of City of New York (Eighteenth Ave.),* 207 App. Div. 282,
appeal dismissed.

(Submitted June 1, 1925; decided June 12, 1925.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered December 7, 1923, which
reversed an order of Special Term denying a motion
to confirm the report of commissioners of estimate and
assessment and confirmed said report. The motion was
made upon the grounds that the decision of the Appellate
Division was unanimous and that permission to appeal
had not been obtained; that no question of law was
involved and that the appeal had not been prosecuted
within the time prescribed by section 996 of the charter
of the city of New York.

*George P. Nicholson,* Corporation Counsel (*Joel J.
Squier* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.